AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| AMY FROEBEL ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 15-CV-62 - C |
| GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C. ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gutman, Mintz, Baker & Sonnenfeldt, P.C.
813 Jericho Turnpike
New Hyde Park, New York 11040

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue, Suite 1A
Amherst, New York, 14226

(716)564-3288

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____1/21/2015_____    *Michael J. Roemer*
                              Signature of Clerk or Deputy Clerk

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District District of New York

Index Number: 15-CV-62-C

Date Filed: 1/21/2015

Plaintiff:
Amy Froebel

vs.

Defendant:
Gutman, Mintz, Baker & Sonnenfeldt PC

For:
Kenneth Hiller, Esq.
Law Offices of Kenneth Hiller PLLC
6000 North Bailey Avenue
Suite 1a
Amherst, NY 14226

Received by Direct Process Server on the 26th day of January, 2015 at 1:24 pm to be served on Gutman, Mintz, Baker & Sonnenfeldt PC, 813 Jericho Turnpike, New Hyde Park, NY 11040.

I, David Klein, do hereby affirm that on the 28th day of January, 2015 at 4:09 pm, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint**, to: **B. WALKER** as **RECEPTIONIST** for Gutman, Mintz, Baker & Sonnenfeldt PC, at the address of: 813 Jericho Turnpike, New Hyde Park, NY 11040, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 65, Sex: F, Race/Skin Color: BLACK, Height: 5-5, Weight: 150, Hair: BLACK/GRAY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.



David Klein

Direct Process Server
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2015000638

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n